IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGORY A. MOORE,                                               CV. 06-1819-HU

        Petitioner,                                               ORDER

  v.

JEAN HILL, Superintendent,
Snake River Correctional
Institution,

        Respondent.

HAGGERTY, Judge

    Petitioner's motion to voluntarily dismiss (#29) is GRANTED. IT IS ORDERED that the petition for writ of habeas corpus (#1) is DISMISSED, without prejudice.

    In the event that the decision in <u>Blakely v. Washington</u>, 542 U.S. 296 (2004), is made retroactive to cases on collateral review, petitioner has leave to reopen this case only as to the <u>Blakely</u> issues, and the limitations period shall be deemed tolled from the date this Order is signed until 60 days after the date of the decision rendering <u>Blakely</u> retroactively applicable. If <u>Blakely</u> is made retroactive and the petitioner moves to reopen this case

1 -- ORDER

during the above referenced 60-day period, petitioner may also amend the petition as of right so as to properly plead all <u>Blakely</u>-based claims in this Court.

    IT IS SO ORDERED.

    DATED this <u>  25th  </u> day of June, 2008.

                        <u>  /s/ Ancer L. Haggerty  </u>

                          Ancer L. Haggerty

                          United States District Judge